UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL,<br><br>              Plaintiff,<br>    v.<br><br>FELD ENTERTAINMENT, INC., d/b/a<br>RINGLING BROS. AND BARNUM &<br>BAILEY CIRCUS, RINGLING BROS. CIRCUS<br>GENERAL MANAGER JAMES DENNIS,<br>RINGLING BROS. CIRCUS OPERATIONS<br>MANAGER MATTHEW GILLET, and Does 1<br>through 10,<br><br>              Defendants. | Case No.: 12-CV-04233-LHK<br><br>ORDER RE AMENDED COMPLAINT |

On June 12, 2013, the parties in this action filed a Joint Case Management Statement in which they represented that Defendant Feld Entertainment, Inc. ("FEI") offered to stipulate to Plaintiff's proposed second amended complaint, though wanted to see any further modifications before agreeing to a further revised complaint. *See* ECF No. 66, at 4. Accordingly, the Court hereby ORDERS the parties to meet and confer regarding Defendants' further willingness to stipulate to Plaintiff's filing a revised second amended complaint.

In addition, given that the related lawsuit, *Ennis v. Feld Entertainment Inc. et al*, Case No. 13-00233-LHK, raises similar factual and legal issues, the parties in both lawsuits are hereby ORDERED to meet and confer regarding their willingness to consolidate these cases. *See* Fed. R.

1

Case No.: 12-CV-04233-LHK
ORDER RE AMENDED COMPLAINT

Civ. P. 42(a)(1) ("If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions[.]").

By Monday, June 17, 2013, the parties shall file a joint status report regarding their ability to reach a stipulation to permit Plaintiff to file a second amended complaint in this case as well as their willingness to consolidate this case with *Ennis v. Feld Entertainment Inc. et al*, Case No. 13-00233-LHK.

**IT IS SO ORDERED.**

Dated: June 13, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-04233-LHK
ORDER RE AMENDED COMPLAINT