United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> FELD ENTERTAINMENT, INC., d/b/a ) <br> RINGLING BROS. AND BARNUM & ) <br> BAILEY CIRCUS, RINGLING BROS. CIRCUS ) <br> GENERAL MANAGER JAMES DENNIS, ) <br> RINGLING BROS. CIRCUS OPERATIONS ) <br> MANAGER MATTHEW GILLET, and Does 1 ) <br> through 10, ) <br> ) <br> Defendants. ) | Case Nos.: 12-CV-04233-LHK <br> 13-CV-00233-LHK <br><br> ORDER RE CONSOLIDATION; <br> CONTINUING CASE MANAGEMENT <br> CONFERENCE; VACATING HEARING <br> ON MOTION TO DISMISS |
| MARK ENNIS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> FELD ENTERTAINMENT, INC., et al., ) <br> ) <br> Defendants. ) | |

Pursuant to Rule 42(a)(1) of the Federal Rules of Civil Procedure, the Court hereby ORDERS the above-captioned cases, *Campbell v. Feld Entertainment Inc. et al*, Case No. 12-04233-LHK (the "*Campbell*" case), and *Ennis v. Feld Entertainment Inc., et al.*, Case No. 13-00233-LHK (the "*Ennis*" case), to be consolidated for purposes of motions, discovery, and scheduling. The parties shall be entitled to a reasonable expansion of page and discovery limits, as

necessary, in light of this consolidation. The issue of consolidating the two cases for trial will be determined at a later date.

Plaintiffs in the *Campbell* and *Ennis* cases are hereby ORDERED to file one consolidated amended complaint by July 9, 2013. No new causes of action or parties will be added, beyond what is included in Plaintiffs' current complaints. If Defendants choose to file a motion to dismiss the consolidated complaint, the consolidated motion to dismiss shall be filed by August 12, 2013, and shall be set for hearing on the same date as the currently scheduled motion to dismiss in the *Ennis* case, September 19, 2013, at 1:30 p.m.

The pending Case Management Conference in the *Campbell* case, currently set for June 20, 2013, is hereby CONTINUED to September 19, 2013, at 1:30 p.m. A joint case management conference statement for the consolidated cases is to be filed by the parties no later than one week prior.

Defendants' Motion to Dismiss in the *Campbell* case, currently set for a hearing on June 20, 2013, is hereby DENIED as moot in light of the parties' Report on Order re Amended Complaint and Consolidation. *See* ECF No. 69. Accordingly, the hearing is VACATED.

Plaintiffs in the *Campbell* and *Ennis* cases are also ORDERED to file one consolidated motion for preliminary injunction by July 15, 2013. Accordingly, Plaintiff in the *Campbell* case shall withdraw the currently pending motion for preliminary injunction by June 20, 2013. *See* ECF No. 51. Plaintiffs' consolidated motion for preliminary injunction may not exceed 30 pages. By July 29, 2013, Defendants shall file any consolidated opposition to Plaintiff's motion for preliminary injunction. Any such opposition shall not exceed 30 pages. Plaintiffs' consolidated reply in support of the motion for preliminary injunction shall be due by August 5, 2013, and shall not exceed 18 pages. The preliminary injunction hearing will remain as set on August 15, 2013, although the Court will try to rule on this motion in advance of that date.

**IT IS SO ORDERED.**

Dated: June 18, 2013

LUCY H. KOH
United States District Judge

2
Case Nos.: 12-CV-04233-LHK
         13-CV-00233-LHK
ORDER RE CONSOLIDATION; CONTINUING CASE MANAGEMENT CONFERENCE;
VACATING HEARING ON MOTION TO DISMISS