UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL AND MARK ENNIS,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>FELD ENTERTAINMENT INC., et al,<br><br>　　　　　　　Defendants. | Case No.: 12-CV-4233-LHK<br><br>ORDER VACATING ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION |

　　　　The Court vacates the August 21, 2013 order denying Plaintiffs' motion for preliminary injunction. The Court will issue a new order shortly.

Dated: August 22, 2013

　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1
Case No.: 12-CV-4233-LHK
ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION