UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL AND MARK ENNIS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FELD ENTERTAINMENT INC., JAMES ) <br> DENNIS, MATTHEW GILLETT, MIKE ) <br> STUART, DAVID BAILEY, DOES 1 ) <br> THROUGH 20, ) <br> ) <br> Defendants. ) <br>  ) | Case No.: 12-CV-4233-LHK <br><br> ORDER RE: PLAINTIFF SHANNON CAMPBELL'S REQUEST FOR LEAVE TO AMEND THE COMPLAINT |

On August 12, 2013, Defendants Feld Entertainment Inc., Mike Stuart, and David Bailey (collectively, "Defendants") moved to dismiss the consolidated second amended complaint brought by Plaintiffs Shannon Campbell and Mark Ennis (collectively, "Plaintiffs"). ECF No. 94.  The hearing for that motion currently is set for September 19, 2013. *Id.*  On August 26, 2013, the Court granted the parties' stipulation to extend time for Plaintiffs to file Plaintiffs' opposition and for Defendants to file Defendants' reply. ECF No. 105. On September 9, 2013, Plaintiff Shannon Campbell moved to supplement the consolidated complaint with new factual allegations regarding events arising in August 2013. ECF No. 110.  The hearing for Plaintiff Shannon Campbell's motion for leave to supplement currently is set for January 30, 2014. *Id.*

The Court invites the parties to meet and confer with the goal of stipulating to amend the consolidated complaint to add Plaintiff Shannon Campbell's new factual allegations.  No later than

1

Case No.: 12-CV-4233-LHK
ORDER RE: PLAINTIFF SHANNON CAMPBELL'S REQUEST FOR LEAVE TO AMEND THE COMPLAINT

1  Friday, September 13, 2013 at 5:00 p.m., the parties shall file a status report regarding the outcome
2  of the parties' meet and confer efforts.
3  Dated: September 12, 2013                              _____
                                                         LUCY H. KOH
4                                                        United States District Judge

2

Case No.: 12-CV-4233-LHK
ORDER RE: PLAINTIFF SHANNON CAMPBELL'S REQUEST FOR LEAVE TO AMEND THE COMPLAINT