UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>FELD ENTERTAINMENT, INC., *et al.*,<br><br>　　　　　　Defendants.<br>———————————————————<br>MARK ENNIS,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>FELD ENTERTAINMENT, INC., et al.,<br><br>　　　　　　Defendants. | Case Nos.: 12-CV-04233-LHK<br>　　　　　　13-CV-00233-LHK<br><br>ORDER VACATING HEARING |

Pursuant to Civil Local Rule 7-1(b), the Court finds Plaintiffs' Motion for Leave to Amend Complaint appropriate for determination without oral argument.  Accordingly, the hearing scheduled for January 30, 2014, at 1:30 p.m. is hereby VACATED.  The Court will issue an order on the motion shortly.

**IT IS SO ORDERED.**

Dated:  January 28, 2014

　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1