IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH CUVIELLO, | CASE NO. 5:13-cv-03135 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO JUDGE LUCY H. KOH FOR CONSIDERATION OF RELATED CASE STATUS** |
| v. | |
| FELD ENTERTAINMENT INC., et. al., | |
| Defendant(s). | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled action is referred to the Honorable Lucy H. Koh for a determination as to whether this case is related to any of the following cases currently pending before Judge Koh: <u>Campbell v. Feld Entertainment Inc.</u>, Case No. 5:12-cv-04233 LHK, <u>Ennis v. Feld Entertainment Inc.</u>, Case No. 5:13-cv-00233 LHK, and <u>Cuviello v. Feld Entertainment Inc.</u>, Case No. 5:13-cv-03135 LHK.

**IT IS SO ORDERED.**

Dated: February 10, 2014

EDWARD J. DAVILA
United States District Judge