UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL,<br><br>    Plaintiff,<br> v.<br><br>FELD ENTERTAINMENT, INC., et al.,<br><br>    Defendants.<br><br>MARK ENNIS,<br><br>    Plaintiff,<br> v.<br><br>FELD ENTERTAINMENT, INC., et al.,<br><br>    Defendants.<br><br>JOSEPH CUVIELLO,<br><br>    Plaintiff,<br> v.<br><br>FELD ENTERTAINMENT, INC., et al.,<br><br>    Defendants. | Case Nos.: 12-CV-04233-LHK<br>13-CV-00233-LHK<br>13-CV-03135-LHK<br><br>ORDER TO SHOW CAUSE RE:<br>FEDERAL JURISDICTION |

  The Courts' sole source of subject-matter jurisdiction in the instant cases is diversity jurisdiction. However, Plaintiffs have not alleged the citizenship of the various individual Defendants. The Court has an independent obligation to ensure that the Court has subject-matter

1

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK; 13-CV-03135
ORDER TO SHOW CAUSE RE: FEDERAL JURISDICTION

jurisdiction. *Hernandez v. Campbell*, 204 F.3d 861, 865 (9th Cir. 2000). Accordingly, the Court ORDERS the Defendants to file a statement of no more than three pages that states the domicile for purposes of federal diversity jurisdiction of the individual Defendants by no later than February 21, 2014. Defendants' statement shall be accompanied by declarations from individual Defendants that establish the basis for the domicile.

**IT IS SO ORDERED.**

Dated: February 17, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge