UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

SHANNON CAMPBELL,

    Plaintiff,

v.

FELD ENTERTAINMENT, INC., et al.,

    Defendants.

No. C 12-4233 LHK

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     June 12, 2014
Mediator: Brian Haughton

IT IS HEREBY ORDERED that the request to excuse named defendants Michael Stuart and David Bailey from appearing in person at the June 12, 2014, mediation before Brian Haughton is GRANTED. Messrs. Stuart and Bailey shall be available at all times to participate telephonically in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

June 6, 2014     By: _____

Dated                                 Maria-Elena James
                                          United States Magistrate Judge