UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL,<br><br>                Plaintiff,<br>    v.<br><br>FELD ENTERTAINMENT, INC., et al.,<br><br>                Defendants.<br><br>MARK ENNIS,<br><br>                Plaintiff,<br>    v.<br><br>FELD ENTERTAINMENT, INC., et al.,<br><br>                Defendants.<br><br>JOSEPH CUVIELLO,<br><br>                Plaintiff,<br>    v.<br><br>FELD ENTERTAINMENT, INC., et al.,<br><br>                Defendants. | Case Nos.: 12-CV-04233-LHK<br>13-CV-00233-LHK<br>13-CV-03135-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiffs' Attorneys: G. Whitney Leigh for Shannon Campbell; Matthew A. Siroka for Mark Ennis; Joseph Cuviello *pro se*
Defendants' Attorneys: Peter Harold Mason, Rubina Kazi, Todd Matthew Sorrell for Defendants

    A case management conference was held on July 23, 2014, at 2:00 p.m. A further case management conference is set for November 6, 2014, at 1:30 p.m.

1
Case Nos.: 12-CV-04233-LHK, 13-CV-00233-LHK, 13-CV-03135-LHK
CASE MANAGEMENT ORDER

By July 30, 2014 the parties in *Cuviello v. Feld Entertainment* (No. 13-CV-03135) shall stipulate to Plaintiff filing an amended complaint solely for the purpose of substituting individual defendant Jeff Taylor for individual defendant Jake Woolbrach.

The current case schedules for *Campbell v. Feld Entertainment* (No. 12-CV-04233), *Ennis v. Feld Entertainment* (No. 13-CV-00233), and *Cuviello v. Feld Entertainment* (No. 13-CV-03135) shall remain in effect.

The Court set the following page limits for combined dispositive motions in *Campbell v. Feld Entertainment* (No. 12-CV-04233) and *Ennis v. Feld Entertainment* (No. 13-CV-00233): 30 pages for opening briefs, 30 pages for opposition briefs, and 20 pages for replies. The page limits for dispositive motions in *Cuviello v. Feld Entertainment* (No. 13-CV-03135) are those provided in the Civil Local Rules. In all cases, the parties are limited to one motion for summary judgment or summary adjudication per side.

**IT IS SO ORDERED.**

Dated: July 23, 2014

_____
LUCY H. KOH
United States District Judge