UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL,<br><br>               Plaintiff,<br>    v.<br><br>FELD ENTERTAINMENT, INC., et al.,<br><br>               Defendants.<br><br>MARK ENNIS,<br><br>               Plaintiff,<br>    v.<br><br>FELD ENTERTAINMENT, INC., et al.,<br><br>               Defendants. | Case Nos.: 12-CV-04233-LHK<br>               13-CV-00233-LHK<br><br>ORDER VACATING MOTION HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE |

Pursuant to Civil Local Rule 7-1(b), the Court hereby VACATES the motion hearing set for November 6, 2014, at 1:30 p.m.  The Case Management Conference set for that date is hereby CONTINUED to November 19, 2014, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 5, 2014

_____
LUCY H. KOH
United States District Judge