UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL,<br><br>              Plaintiff,<br>   v.<br><br>FELD ENTERTAINMENT, INC., et al.,<br><br>              Defendants.<br><br>MARK ENNIS,<br><br>              Plaintiff,<br>   v.<br><br>FELD ENTERTAINMENT, INC., et al.,<br><br>              Defendants. | Case Nos.: 12-CV-04233-LHK<br>              13-CV-00233-LHK<br><br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE |

The case management conference set for December 3, 2014, at 2:00 p.m. is hereby CONTINUED to January 7, 2015, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: December 2, 2014

                              *Lucy H. Koh*
                              LUCY H. KOH
                              United States District Judge