1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11  SHANNON CAMPBELL,                    )    Case Nos.: 12-CV-04233-LHK
                                         )                13-CV-00233-LHK
12                    Plaintiff,         )
13        v.                             )
                                         )    ORDER CONTINUING CASE
14  FELD ENTERTAINMENT, INC., et al.,    )    MANAGEMENT CONFERENCE
                                         )
15                    Defendants.        )
                                         )
16                                       )
    MARK ENNIS,                          )
17                                       )
                      Plaintiff,         )
18        v.                             )
                                         )
19  FELD ENTERTAINMENT, INC., et al.,    )
                                         )
20                    Defendants.        )
                                         )
21

22        The case management conference set for January 7, 2015, at 2:00 p.m. is hereby

23  CONTINUED to January 22, 2015, at 1:30 p.m.

24  **IT IS SO ORDERED.**

25  Dated: January 6, 2015

26                                              _____
                                                LUCY H. KOH
                                                United States District Judge

27

28

                                            1

United States District Court
For the Northern District of California