UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL,<br><br>          Plaintiff,<br>   v.<br><br>FELD ENTERTAINMENT, INC., et al.,<br><br>          Defendants.<br><br>MARK ENNIS,<br><br>          Plaintiff,<br>   v.<br><br>FELD ENTERTAINMENT, INC., et al.,<br><br>          Defendants. | Case Nos.: 12-CV-04233-LHK<br>                13-CV-00233-LHK<br><br>**ORDER FOR PLAINTIFFS TO FILE ATTACHMENT TO PROPOSED SUBSTANTIVE JURY INSTRUCTIONS** |

On January 15, 2015, Defendants filed their Proposed Substantive Jury Instructions, which indicated that the parties could not agree on a joint filing. ECF No. 276. Later that day, Plaintiffs filed a document titled "Joint Proposed Substantive Jury Instructions." ECF No. 277. In that document, Plaintiffs state that they would be attaching "the jointly agreed-to instructions, and Plaintiffs' objections and proposed alternative instructions to those instructions proposed by Defendants to which Plaintiffs object." *Id.* at 1. Plaintiffs failed to file any such attachment.

1

Accordingly, the Court hereby ORDERS Plaintiffs to file the attachment referred to in their "Joint Proposed Substantive Jury Instructions" by January 16, 2015.

**IT IS SO ORDERED.**

Dated: January 16, 2015

                                        LUCY H. KOH
                                        United States District Judge