**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL,<br><br>               Plaintiff,<br>    v.<br><br>FELD ENTERTAINMENT INC., and<br>MICHAEL STUART,<br><br>               Defendants. | Case Nos.:<br>12-CV-04233-LHK<br>13-CV-00233-LHK<br><br><br>ORDER PERMITTING ELECTRONIC<br>EQUIPMENT FOR TRIAL |
| MARK ENNIS,<br><br>               Plaintiff,<br>    v.<br><br>FELD ENTERTAINMENT, INC., and<br>MICHAEL STUART,<br><br>               Defendants. | |

IT IS HEREBY ORDERED that the following individuals may bring in the equipment listed below starting on February 6, 2015 and continuing until the conclusion of trial. Questions about this Order shall be directed to Judge Koh's Courtroom Deputy, Stacy Sakamoto.

//
//
//
//

**For Plaintiffs Shannon Campbell and Mark Ennis:**

Personnel:
Whitney Leigh, Matt Siroka, and Lee Hepner.
Equipment:
1. Two monitors (22-24 inch) and assorted cables;
2. Three laptops; and
3. Additional external hard drives.

**For Defendants Feld Entertainment, Inc. and Michael Stuart**:

Personnel:
Cindy McClelen, Angela Torres, Alvin Margallo, and the designated agents of the Law Firm of McManis Faulkner.
Equipment:
1. Two Dell laptop computers with related power cords;
2. One BenQ MH680 Projector with related power cord;
3. Three Altec Lansing, VS1520 speakers measuring 4.25" x 8.5" x 3.5" with related audio and power cords;
4. Three 23-24" monitors;
5. VGA cables;
6. Extension cables and power strips; and
7. Hand truck/dollies.

**IT IS SO ORDERED.**

Dated: February 3, 2015

_____
LUCY H. KOH
United States District Judge