UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL,<br><br>    Plaintiff,<br> v.<br><br>FELD ENTERTAINMENT, INC., and<br>MICHAEL STUART,<br><br>    Defendants.<br><br>MARK ENNIS,<br><br>    Plaintiff,<br> v.<br><br>FELD ENTERTAINMENT, INC., and<br>MICHAEL STUART,<br><br>    Defendants. | Case Nos.: 12-CV-04233-LHK<br>      13-CV-00233-LHK<br><br>**ORDER RE TRIAL SCHEDULE** |

With apologies, the Court hereby informs the parties that, due to a Court conflict, trial will end on Tuesday, February 17, 2015, at 4:00 p.m. (i.e., thirty minutes early). The parties shall note this change to the trial schedule in the joint list of witnesses, law firms, attorneys, support staff, and trial dates and times that the parties shall file today and bring with them to jury selection on Monday, February 9, 2015, per the Court's January 23 Pretrial Conference Order. *See* ECF No. 285 at 2.

1

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK
ORDER RE TRIAL SCHEDULE

**IT IS SO ORDERED.**

Dated: February 6, 2015

_____
LUCY H. KOH
United States District Judge