UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL,<br><br>    Plaintiff,<br> v.<br><br>FELD ENTERTAINMENT, INC., and MICHAEL STUART,<br><br>    Defendants.<br><br>MARK ENNIS,<br><br>    Plaintiff,<br> v.<br><br>FELD ENTERTAINMENT, INC., and MICHAEL STUART,<br><br>    Defendants. | Case Nos.: 12-CV-04233-LHK<br>      13-CV-00233-LHK<br><br>**ORDER RE DEPOSITION DESIGNATION OBJECTIONS** |

The parties have informed the Courtroom Deputy that the parties may have objections to deposition designations to be introduced at trial tomorrow. Accordingly, the Court hereby ORDERS the parties to meet and confer by noon today about their deposition designation objections for tomorrow and to file a statement setting forth any objections and the basis for their objections along with the disputed deposition excerpts by 1:00 p.m. today. Any party seeking to introduce deposition designations tomorrow shall file any responses by 3:00 p.m. today.

1

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK
ORDER RE DEPOSITION DESIGNATION OBJECTIONS

1    **IT IS SO ORDERED.**

2

3    Dated: February 12, 2015

     _____
4    LUCY H. KOH
     United States District Judge

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK
ORDER RE DEPOSITION DESIGNATION OBJECTIONS