UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL,<br><br>        Plaintiff,<br>v.<br><br>FELD ENTERTAINMENT, INC., and<br>MICHAEL STUART,<br><br>        Defendants.<br><br>MARK ENNIS,<br><br>        Plaintiff,<br>v.<br><br>FELD ENTERTAINMENT, INC., and<br>MICHAEL STUART,<br><br>        Defendants. | Case Nos.: 12-CV-04233-LHK<br>13-CV-00233-LHK<br><br>**ORDER RULING ON DEFENDANTS' OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS** |

Defendants have filed objections to Plaintiffs' deposition designations for David Bailey ("Bailey"). ECF No. 331. Plaintiffs have opposed. ECF No. 332.

After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Rule 403 of the Federal Rules of Evidence, the Court rules on Defendants' objections as follows:

1

| Defendants' Objections | Ruling |
|---|---|
| Bailey Deposition at 43:1-14 | Sustained. |
| Bailey Deposition at 52:10-53:25 | Sustained. |
| Bailey Deposition at 54:9-18 | Sustained. |
| Bailey Deposition at 82:1-84:4 | Overruled. |
| Bailey Deposition at 107:18-108:13 | Sustained. |

**IT IS SO ORDERED.**

Dated: February 12, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge