UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL,<br><br>        Plaintiff,<br>v.<br><br>FELD ENTERTAINMENT, INC., and<br>MICHAEL STUART,<br><br>        Defendants.<br><br>MARK ENNIS,<br><br>        Plaintiff,<br>v.<br><br>FELD ENTERTAINMENT, INC., and<br>MICHAEL STUART,<br><br>        Defendants. | Case Nos.: 12-CV-04233-LHK<br>               13-CV-00233-LHK<br><br>**ORDER RE PLAINTIFFS' NON-PARTY WITNESSES JANET LOCKE AND DEBORAH CLAASSEN** |

After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Rule 403 of the Federal Rules of Evidence, the Court will allow Janet Locke ("Locke") and Deborah Claassen ("Claassen") to testify. In allowing this testimony, Plaintiffs are cautioned to be mindful of the Court's ruling on Defendants' motion in limine no. 1 to exclude evidence of dismissed incidents, claims, and defendants. *See* ECF No. 285 at 3. During

the cross-examination of Locke and Claassen, Defendants' counsel may read these witnesses' prior deposition testimony, including any objections of Plaintiffs' counsel.

**IT IS SO ORDERED.**

Dated: February 16, 2015

_____
LUCY H. KOH
United States District Judge