UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL,<br><br>        Plaintiff,<br>v.<br><br>FELD ENTERTAINMENT, INC., and MICHAEL STUART,<br><br>        Defendants.<br><br>MARK ENNIS,<br><br>        Plaintiff,<br>v.<br><br>FELD ENTERTAINMENT, INC., and MICHAEL STUART,<br><br>        Defendants. | Case Nos.: 12-CV-04233-LHK<br>              13-CV-00233-LHK<br><br>**ORDER TO FILE REVISED JOINT LIST OF ADMITTED EXHIBITS** |

The Court hereby ORDERS the parties to file a revised joint list of admitted exhibits by February 19, 2015, at noon. The revised list should include any new exhibits admitted during tomorrow's proceedings and should clarify the following: (1) the correct date for DX 305, which appears incorrectly dated as "August 20" on the parties' current joint list; and (2) whether DX 238 and PX 117 are identical. If DX 238 and PX 117 are identical, the revised list should indicate that fact to the jury.

1

1    **IT IS SO ORDERED.**

3    Dated: February 16, 2015

_____
LUCY H. KOH
United States District Judge