UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SHANNON CAMPBELL, | ) | Case Nos.: 12-CV-04233-LHK |
| | ) | 13-CV-00233-LHK |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER FOR A RESPONSE** |
| FELD ENTERTAINMENT, INC., and MICHAEL STUART, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MARK ENNIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| FELD ENTERTAINMENT, INC., and MICHAEL STUART, | ) | |
| | ) | |
| Defendants. | ) | |

Having reviewed Plaintiffs' Motion to Reopen, ECF No. 345, the Court hereby ORDERS Defendants to file a response by 5:00 p.m. today, February 18, 2015.

**IT IS SO ORDERED.**

Dated: February 18, 2015

_____
LUCY H. KOH
United States District Judge

1

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK
ORDER FOR A RESPONSE