UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SHANNON CAMPBELL,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>FELD ENTERTAINMENT, INC., and MICHAEL STUART,<br><br>　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) | Case Nos.: 12-CV-04233-LHK<br>　　　　　　13-CV-00233-LHK<br><br>**[PROPOSED] VERDICT FORM** |
| MARK ENNIS,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>FELD ENTERTAINMENT, INC., and MICHAEL STUART,<br><br>　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) | |

The parties shall file any objections not previously lodged with the Court by February 19, 2015, at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: February 18, 2015

_____
LUCY H. KOH
United States District Judge

1

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK
[PROPOSED] VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form.  Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions.  Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.  For each Yes or No question, please circle your answer.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**Shannon Campbell – Ralph Act Claim, Cal. Civ. Code § 51.7.**

1. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a Ralph Act violation(s) as to Plaintiff Shannon Campbell?

   Yes          No

2. Is Defendant Michael Stuart liable for a Ralph Act violation as to Plaintiff Shannon Campbell?

   Yes          No

**Mark Ennis – Ralph Act Claim, Cal. Civ. Code § 51.7**

3. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a Ralph Act violation(s) as to Plaintiff Mark Ennis?

   Yes          No

4. Is Defendant Michael Stuart liable for a Ralph Act violation as to Plaintiff Mark Ennis?

   Yes          No

**Shannon Campbell – Bane Act Claim, Cal. Civ. Code § 52.1**

5. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a Bane Act violation(s) as to Plaintiff Shannon Campbell?

   Yes          No

6. Is Defendant Michael Stuart liable for a Bane Act violation as to Plaintiff Shannon Campbell?

   Yes          No

**Mark Ennis – Bane Act Claim, Cal. Civ. Code § 52.1**

7. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a Bane Act violation(s) as to Plaintiff Mark Ennis?

   Yes          No

8. Is Defendant Michael Stuart liable for a Bane Act violation as to Plaintiff Mark Ennis?

   Yes          No

**Shannon Campbell – Battery**

9. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a battery or batteries as to Plaintiff Shannon Campbell?

   Yes          No

10. If you answered yes to Question 9, was Feld Entertainment, Inc., through the actions of its employees while acting within the scope of their employment, acting in self-defense?

    Yes          No

11. Is Defendant Michael Stuart liable for a battery as to Plaintiff Shannon Campbell?

    Yes          No

12. If you answered yes to Question 11, was Michael Stuart acting in self-defense?

    Yes          No

**Mark Ennis – Battery**

13. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a battery or batteries as to Plaintiff Mark Ennis?

    Yes          No

14. If you answered yes to Question 13, was Feld Entertainment, Inc., through the actions of its employees while acting within the scope of their employment, acting in self-defense?

    Yes          No

15. Is Defendant Michael Stuart liable for a battery as to Plaintiff Mark Ennis?

    Yes          No

16. If you answered yes to Question 15, was Michael Stuart acting in self-defense?

    Yes          No

**Shannon Campbell – Assault**

17. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for an assault(s) as to Plaintiff Shannon Campbell?

    Yes          No

18. Is Defendant Michael Stuart liable for an assault as to Plaintiff Shannon Campbell?

    Yes          No

**Shannon Campbell – Damages**

**Answer the questions below if you answered yes to any of the following: Questions 1, 2, 5, 6, 9 (only if you also answered no to Question 10), 11 (only if you also answered no to Question 12), 17, or 18.  If you did not, proceed to Question 22.**

19. What amount, if any, do you award Shannon Campbell as actual damages?

    $_____

20. Did Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment or Michael Stuart engage in conduct with malice, oppression, or fraud towards Shannon Campbell?

    Yes             No

21. If you answered yes to Question 20, what amount, if any, do you award Shannon Campbell as punitive damages?

    $_____

**Mark Ennis – Damages**

**Answer the questions below if you answered yes to any of the following: Questions 3, 4, 7, 8, 13 (only if you also answered no to Question 14), or 15 (only if you also answered no to Question 16).  If you did not, stop here and have the Presiding Juror sign and date this form.**

22. What amount, if any, do you award Mark Ennis as actual damages?

    $_____

23. Did Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment or Michael Stuart engage in conduct with malice, oppression, or fraud towards Mark Ennis?

    Yes             No

24. If you answered yes to Question 23, what amount, if any, do you award Mark Ennis as punitive damages?

    $_____

     You have now reached the end of this Verdict Form and should review it to ensure it accurately reflects your unanimous determinations.  The Presiding Juror should then sign and date the Verdict Form in the spaces below and notify the Bailiff that you have reached a verdict.  The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.


DATED: _____, 2015        By:_____
                                                                Presiding Juror

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK
[PROPOSED] VERDICT FORM