UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL,<br><br>              Plaintiff,<br>v.<br><br>FELD ENTERTAINMENT, INC., and<br>MICHAEL STUART,<br><br>              Defendants. | Case Nos.: 12-CV-04233-LHK<br>              13-CV-00233-LHK<br><br>**ORDER RE CLOSING ARGUMENTS** |
| MARK ENNIS,<br><br>              Plaintiff,<br>v.<br><br>FELD ENTERTAINMENT, INC., and<br>MICHAEL STUART,<br><br>              Defendants. | |

The Court hereby notifies the parties that, time permitting, they should be prepared to deliver closing arguments on Friday, February 20, 2015.

**IT IS SO ORDERED.**

Dated: February 19, 2015

_____
LUCY H. KOH
United States District Judge

1

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK
ORDER RE CLOSING ARGUMENTS