1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                SAN JOSE DIVISION

11 SHANNON CAMPBELL,                  )    Case Nos.: 12-CV-04233-LHK
                                      )                13-CV-00233-LHK
12                    Plaintiff,      )
         v.                           )
13                                    )    **[AMENDED] VERDICT FORM**
   FELD ENTERTAINMENT, INC., and      )
14 MICHAEL STUART,                    )
                                      )
15              Defendants.           )
                                      )
16                                    )
   MARK ENNIS,                        )
17                                    )
                      Plaintiff,      )
18       v.                           )
                                      )
19 FELD ENTERTAINMENT, INC., and      )
   MICHAEL STUART,                    )
20                                    )
                Defendants.           )
21                                    )

22

23        The parties shall file any objections not previously lodged with the Court by February 20,

24 2015, at 11:00 a.m.

25 **IT IS SO ORDERED.**

26

27 Dated: February 19, 2015                     _Lucy H. Koh_

                                              LUCY H. KOH
28                                            United States District Judge

                                  1

United States District Court
For the Northern District of California

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form.  Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions.  Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.  For each Yes or No question, please circle your answer.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**Shannon Campbell – Ralph Act Claim, Cal. Civ. Code § 51.7.**

1.  Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a Ralph Act violation(s) as to Plaintiff Shannon Campbell?

    Yes            No

2.  Is Defendant Michael Stuart liable for a Ralph Act violation as to Plaintiff Shannon Campbell?

    Yes            No

**Mark Ennis – Ralph Act Claim, Cal. Civ. Code § 51.7**

3.  Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a Ralph Act violation(s) as to Plaintiff Mark Ennis?

    Yes            No

4.  Is Defendant Michael Stuart liable for a Ralph Act violation as to Plaintiff Mark Ennis?

    Yes            No

**Shannon Campbell – Bane Act Claim, Cal. Civ. Code § 52.1**

5.  Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a Bane Act violation(s) as to Plaintiff Shannon Campbell?

    Yes            No

6.  If you answered Yes to Question 5, please identify the number of Bane Act violations for which FEI is liable.

    _____

2

United States District Court
For the Northern District of California

7. Is Defendant Michael Stuart liable for a Bane Act violation as to Plaintiff Shannon Campbell?

   Yes            No

**Mark Ennis – Bane Act Claim, Cal. Civ. Code § 52.1**

8. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a Bane Act violation(s) as to Plaintiff Mark Ennis?

   Yes            No

9. If you answered Yes to Question 8, please identify the number of Bane Act violations for which FEI is liable.

   _____

10. Is Defendant Michael Stuart liable for a Bane Act violation as to Plaintiff Mark Ennis?

    Yes            No

**Shannon Campbell – Battery**

11. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a battery or batteries as to Plaintiff Shannon Campbell?

    Yes            No

12. If you answered yes to Question 9, was Feld Entertainment, Inc., through the actions of its employees while acting within the scope of their employment, acting in self-defense?

    Yes            No

13. Is Defendant Michael Stuart liable for a battery as to Plaintiff Shannon Campbell?

    Yes            No

14. If you answered yes to Question 11, was Michael Stuart acting in self-defense?

    Yes            No

3

**Mark Ennis – Battery**

15. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a battery or batteries as to Plaintiff Mark Ennis?

    Yes           No

16. If you answered yes to Question 13, was Feld Entertainment, Inc., through the actions of its employees while acting within the scope of their employment, acting in self-defense?

    Yes           No

17. Is Defendant Michael Stuart liable for a battery as to Plaintiff Mark Ennis?

    Yes           No

18. If you answered yes to Question 15, was Michael Stuart acting in self-defense?

    Yes           No

**Shannon Campbell – Assault**

19. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for an assault(s) as to Plaintiff Shannon Campbell?

    Yes           No

20. Is Defendant Michael Stuart liable for an assault as to Plaintiff Shannon Campbell?

    Yes           No

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK
[AMENDED] VERDICT FORM

**Shannon Campbell – Damages**

**Answer the questions below if you answered yes to any of the following: Questions 1, 2, 5, 7, 11 (only if you also answered no to Question 12), 13 (only if you also answered no to Question 14), 19, or 20.  If you did not, proceed below to the section entitled "Mark Ennis – Damages."**

21. What amount, if any, do you award Shannon Campbell as damages?

    $_____

22. Did Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment engage in conduct with malice, oppression, or fraud towards Shannon Campbell?

    Yes            No

23. If you answered yes to Question 22, what amount, if any, do you award Shannon Campbell as punitive damages from Feld Entertainment, Inc.?

    $_____

**Mark Ennis – Damages**

**Answer the questions below if you answered yes to any of the following: Questions 3, 4, 8, 10, 15 (only if you also answered no to Question 16), or 17 (only if you also answered no to Question 18).  If you did not, stop here and have the Presiding Juror sign and date this form.**

24. What amount, if any, do you award Mark Ennis as damages?

    $_____

25. Did Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment engage in conduct with malice, oppression, or fraud towards Mark Ennis?

    Yes            No

26. If you answered yes to Question 25, what amount, if any, do you award Mark Ennis as punitive damages from Feld Entertainment, Inc.?

    $_____

United States District Court
For the Northern District of California

You have now reached the end of this Verdict Form and should review it to ensure it accurately reflects your unanimous determinations.  The Presiding Juror should then sign and date the Verdict Form in the spaces below and notify the Bailiff that you have reached a verdict.  The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: _____, 2015       By:_____
                                          Presiding Juror

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK
[AMENDED] VERDICT FORM

**United States District Court**
For the Northern District of California