UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL,<br><br>                    Plaintiff,<br>v.<br><br>FELD ENTERTAINMENT, INC., and<br>MICHAEL STUART,<br><br>                    Defendants. | Case Nos.: 12-CV-04233-LHK<br>                  13-CV-00233-LHK<br><br>**ORDER RE DX 117** |
| MARK ENNIS,<br><br>                    Plaintiff,<br>v.<br><br>FELD ENTERTAINMENT, INC., and<br>MICHAEL STUART,<br><br>                    Defendants. | |

Having reviewed the parties' joint list of admitted exhibits and DX 117, ECF No. 356, the Court agrees with Defendants that Defendants only offered for admission one portion of DX 117—namely, 7:30 to 7:46—and that admission of DX 117 in its entirety would violate the Court's ruling on Defendants' motion in limine no. 2. The Court hereby ORDERS the parties to file a revised joint list of admitted exhibits by February 20, 2015, at 1:00 p.m. The revised list shall

1

1  comply with the Court's ruling regarding DX 117 and shall include any new exhibits admitted
2  during tomorrow morning's proceedings.
3  **IT IS SO ORDERED.**

5  Dated: February 19, 2015

_____
LUCY H. KOH
United States District Judge