UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL,<br><br>            Plaintiff,<br>v.<br><br>FELD ENTERTAINMENT, INC., and<br>MICHAEL STUART,<br><br>            Defendants. | Case Nos.: 12-CV-04233-LHK<br>               13-CV-00233-LHK<br><br>**ORDER RE DX 217** |
| MARK ENNIS,<br><br>            Plaintiff,<br>v.<br><br>FELD ENTERTAINMENT, INC., and<br>MICHAEL STUART,<br><br>            Defendants. | |

This order supersedes ECF No. 365, which was filed in error.

Having reviewed the parties' joint list of admitted exhibits and DX 217, ECF No. 356, the Court agrees with Defendants that Defendants only offered for admission one portion of DX 217—namely, 7:30 to 7:46—and that admission of DX 217 in its entirety would violate the Court's ruling on Defendants' motion in limine no. 2. The Court hereby ORDERS the parties to file a revised joint list of admitted exhibits by February 21, 2015, at noon. The revised list shall comply

1

with the Court's ruling regarding DX 217 and shall include any new exhibits admitted during the proceedings on February 20, 2015.

**IT IS SO ORDERED.**

Dated: February 20, 2015

_____
LUCY H. KOH
United States District Judge