United States District Court
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL,                        )<br>                                         )<br>                     Plaintiff,         )<br>       v.                               )<br>                                         )<br>FELD ENTERTAINMENT, INC., and            )<br>MICHAEL STUART,                          )<br>                                         )<br>                     Defendants.        )<br>_____)<br>                                         )<br>MARK ENNIS,                              )<br>                                         )<br>                     Plaintiff,         )<br>       v.                               )<br>                                         )<br>FELD ENTERTAINMENT, INC., and            )<br>MICHAEL STUART,                          )<br>                                         )<br>                     Defendants.        )<br>_____)  | Case Nos.: 12-CV-04233-LHK<br>           13-CV-00233-LHK<br><br>**VERDICT FORM** |

**IT IS SO ORDERED.**

Dated: February 24, 2015

_____
LUCY H. KOH
United States District Judge

1

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK
VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below. For each Yes or No question, please circle your answer.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**Shannon Campbell – Ralph Act Claim, Cal. Civ. Code § 51.7**

1. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a Ralph Act violation(s) as to Plaintiff Shannon Campbell?

    Yes          No

2. Is Defendant Michael Stuart liable for a Ralph Act violation as to Plaintiff Shannon Campbell?

    Yes          No

**Mark Ennis – Ralph Act Claim, Cal. Civ. Code § 51.7**

3. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a Ralph Act violation(s) as to Plaintiff Mark Ennis?

    Yes          No

4. Is Defendant Michael Stuart liable for a Ralph Act violation as to Plaintiff Mark Ennis?

    Yes          No

**Shannon Campbell – Bane Act Claim, Cal. Civ. Code § 52.1**

5. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a Bane Act violation(s) as to Plaintiff Shannon Campbell?

    Yes          No

6. If you answered Yes to Question 5, please identify the number of Bane Act violations for which Feld Entertainment, Inc. is liable.

    _____

2

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK
VERDICT FORM

7. Is Defendant Michael Stuart liable for a Bane Act violation as to Plaintiff Shannon Campbell?

   Yes _____ No _____

**Mark Ennis – Bane Act Claim, Cal. Civ. Code § 52.1**

8. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a Bane Act violation(s) as to Plaintiff Mark Ennis?

   Yes _____ No _____

9. If you answered Yes to Question 8, please identify the number of Bane Act violations for which Feld Entertainment, Inc. is liable.

   _____

10. Is Defendant Michael Stuart liable for a Bane Act violation as to Plaintiff Mark Ennis?

    Yes _____ No _____

**Shannon Campbell – Battery**

11. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a battery or batteries as to Plaintiff Shannon Campbell?

    Yes _____ No _____

12. If you answered Yes to Question 11, was Feld Entertainment, Inc., through the actions of its employees while acting within the scope of their employment, acting in self-defense?

    Yes _____ No _____

13. Is Defendant Michael Stuart liable for a battery as to Plaintiff Shannon Campbell?

    Yes _____ No _____

14. If you answered Yes to Question 13, was Michael Stuart acting in self-defense?

    Yes _____ No _____

3

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK
VERDICT FORM

**Mark Ennis – Battery**

15. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for a battery or batteries as to Plaintiff Mark Ennis:

    (a) On August 7, 2012, in Oakland, California?

        Yes      No

    (b) On August 18, 2012, in San Jose, California?

        Yes      No

16. If you answered Yes to Question 15(a), was Feld Entertainment, Inc., through the actions of its employees while acting within the scope of their employment, acting in self-defense on August 7, 2012, in Oakland, California?

    Yes      No

17. Is Defendant Michael Stuart liable for a battery as to Plaintiff Mark Ennis on August 7, 2012, in Oakland, California?

    Yes      No

18. If you answered Yes to Question 17, was Michael Stuart acting in self-defense on August 7, 2012, in Oakland, California?

    Yes      No

**Shannon Campbell – Assault**

19. Is Defendant Feld Entertainment, Inc. through the actions of its employees while acting within the scope of their employment liable for an assault(s) as to Plaintiff Shannon Campbell?

    Yes      No

20. Is Defendant Michael Stuart liable for an assault as to Plaintiff Shannon Campbell?

    Yes      No

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK
VERDICT FORM

4

**Shannon Campbell – Damages**

**Answer the questions below if you answered Yes to any of the following: Questions 1, 2, 5, 7, 11 (only if you also answered No to Question 12), 13 (only if you also answered No to Question 14), 19, or 20.  If you did not, proceed below to the section entitled "Mark Ennis – Damages."**

21. What amount, if any, do you award Shannon Campbell as damages?

$\$$_____

**Mark Ennis – Damages**

**Answer the questions below if you answered Yes to any of the following: Questions 3, 4, 8, 10, 15(a) (only if you also answered No to Question 16), 15(b), or 17 (only if you also answered No to Question 18).  If you did not, stop here and have the Presiding Juror sign and date this form.**

22. What amount, if any, do you award Mark Ennis as damages?

$\$$_____

You have now reached the end of this Verdict Form and should review it to ensure it accurately reflects your unanimous determinations.  The Presiding Juror should then sign and date the Verdict Form in the spaces below and notify the Bailiff that you have reached a verdict.  The Presiding Juror should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

DATED: _____, 2015        By:_____
                                              Presiding Juror

5

Case Nos.: 12-CV-04233-LHK; 13-CV-00233-LHK
VERDICT FORM