**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| SHANNON CAMPBELL, | ) | Case Nos.: |
| | ) | 12-CV-04233-LHK |
| Plaintiff, | ) | 13-CV-00233-LHK |
| v. | ) | |
| | ) | |
| FELD ENTERTAINMENT INC., and | ) | ORDER REGARDING LUNCH FOR |
| MICHAEL STUART, | ) | JURORS |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MARK ENNIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| FELD ENTERTAINMENT, INC., and | ) | |
| MICHAEL STUART, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that lunch shall be provided in the above-captioned matter at the expense of the United States District Court through Erik's Deli (Point of Contact: Astrid Morales, 408-998-2323, 408-876-0391, 2 N. Market Street, San Jose, CA 95113) for the members of the jury during deliberations effective Tuesday, February 24, 2015 until such time as a verdict is rendered.

//

1

12-CV-04233-LHK and 13-CV-00233-LHK
ORDER REGARDING LUNCH FOR JURORS

**IT IS SO ORDERED.**

Dated: February 24, 2015

_____
LUCY H. KOH
United States District Judge

12-CV-04233-LHK and 13-CV-00233-LHK
ORDER REGARDING LUNCH FOR JURORS