UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SHANNON CAMPBELL,<br><br>         Plaintiff,<br>   v.<br><br>FELD ENTERTAINMENT INC., and<br>MICHAEL STUART,<br><br>         Defendants. | Case Nos.:<br>12-CV-04233-LHK<br>13-CV-00233-LHK<br><br><br>ORDER REGARDING BREAKFAST FOR<br>JURORS |
| MARK ENNIS,<br><br>         Plaintiff,<br>   v.<br><br>FELD ENTERTAINMENT, INC., and<br>MICHAEL STUART,<br><br>         Defendants. | |

IT IS HEREBY ORDERED that breakfast shall be provided in the above-captioned matter at the expense of the United States District Court through La Boulanger, Corporate Catering (Point of Contact: Lyn Peffer/Emily Maske, 408-523-9818, 305 N. Mathilda Avenue, Sunnyvale, CA 94086) on Wednesday, February 25, 2015 only.

//

**IT IS SO ORDERED.**

1

12-CV-04233-LHK and 13-CV-00233-LHK
ORDER REGARDING BREAKFAST FOR JURORS

Dated: February 25, 2015

_____
LUCY H. KOH
United States District Judge

2

12-CV-04233-LHK and 13-CV-00233-LHK
ORDER REGARDING BREAKFAST FOR JURORS